Tuesday, August 19, 2014

No. 14–0773/AF. U.S. v. Jeremiah L. Thompson III. CCA 38269. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 4, 2014.

No. 14–0777/MC. U.S. v. Bryan S. Lacount. CCA 201300259. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 8, 2014.

No. 14–0783/NA. U.S. v. Marshand A. Woods. CCA 201300153. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 8, 2014.

No. 14–0784/NA. U.S. v. Anthony L. Evans. CCA 201300174. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 8, 2014.

Wednesday, August 20, 2014

No. 14–0411/AF. U.S. v. Joseph W. Yanez. CCA 38181. On further consideration of the granted issue, 73 M.J. 416 (C.A.A.F. 2014), and the briefs filed by the parties, it is ordered that the decision of the United States Air Force Court of Criminal Appeals is affirmed.